IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:23-cr-00571 |
| | ) | |
| | ) | 26 U.S.C. § 5812 |
| | ) | 26 U.S.C. § 5845(a) |
| v. | ) | 26 U.S.C. § 5845(b) |
| | ) | 26 U.S.C. 5861(e) |
| | ) | 26 U.S.C. § 5871 |
| | ) | 26 U.S.C. § 5872 |
| | ) | |
| **ADAM DANIEL FILYAW** | ) | |
| | ) | **INFORMATION** |

### COUNT ONE
(National Firearms Act Violation)

**THE UNITED STATES ATTORNEY CHARGES:**

On or about May 20, 2022, in the District of South Carolina, the defendant, **ADAM DANIEL FILYAW**, knowingly and unlawfully transferred a firearm, as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), that is an Auto Sear, to another person in violation of the National Firearms Act;

In violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *s/ Christopher S. Lietzow*
Christopher Lietzow (# 12301)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Email: christopher.lietzow@usdoj.gov

Charleston, South Carolina
July 24, 2023